**Fill in this information to identify the case:**

Debtor 1    ROBERT C GAHRING

Debtor 2    BARBARA L GAHRING
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 19-22670-CMB

# Official Form 410S2
## Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges
12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation

**Court claim no.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 9518

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 01/13/2020

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees for Motion for Relief from Stay | 02/05/2021 | (3) | $ 850.00 |
| 4. Filing fees and court costs for Motion for Relief from Stay | 02/05/2021 | (4) | $ 188.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor1  ROBERT C GAHRING                           Case number *(if known)* 19-22670-CMB
         First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘  /s/Mario Hanyon                                  Date  10/21/2021
   Signature

Print:  Mario Hanyon, Esquire (203993)              Title  Attorney
        First Name   Middle Name    Last Name

Company   Brock & Scott, PLLC

Address   302 Fellowship Road, Ste 130
          Number            Street

          Mount Laurel, NJ 08054
          City              State    ZIP Code

Contact phone  844-856-6646 x4560                   Email pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>ROBERT C GAHRING and BARBARA L GAHRING | Case No. 19-22670-CMB |
| PHH Mortgage Corporation,<br>　　Movant | Chapter 13<br><br>　Hearing Date: TBD<br><br>　Hearing Time: TBD<br><br>　Objection Date: TBD |
| vs.<br><br>ROBERT C GAHRING and BARBARA L GAHRING,<br>　　Debtor,<br><br>Ronda J. Winnecour,<br>　　Respondent. | |

**CERTIFICATE OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

　　I certify under penalty of perjury that on <u>October 21, 2021</u>, I served or caused to be served the Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges on the parties at the addresses shown below or on the attached list.

　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Brian C. Thompson, Esq.  
Thompson Law Group, P.C.  
125 Warrendale Bayne Road  
Suite 200  
Warrendale, PA 15086  
bthompson@ThompsonAttorney.com  
*Counsel for Debtor*

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

ROBERT C. GAHRING
466 UNIONVILLE ROAD
BUTLER, PA 16001

BARBARA L. GAHRING
466 UNIONVILLE ROAD
BUTLER, PA 16001
*Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: October 21, 2021

*/s/ Mario Hanyon*
Mario Hanyon, Esquire
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**

# EXHIBIT "A"

**INVOICE**

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
(336)354-1200 - phone  
(336)354-1206 - fax

Invoice Date: 05/17/2021

| Client: | Name and Address: |
|---|---|
| PHH Mortgage Corporation<br>One Mortgage Way<br>Mount Laurel, NJ, 08054 | Gahring, Robert and Barbara<br>466 Unionville Rd<br>Butler, PA, 16001 |

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
|  |  | FHA |  | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Mtn For Relief From Stay<br>Service Date: 02/05/2021 | Bankruptcy MFR<br>BORROWER RECOVERABLE | 850.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103

E-Mail: AcctsRec@brockandscott.com

**Balance Due:**           **850.00**

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
(336)354-1200 - phone  
(336)354-1206 - fax

Invoice Date: 02/09/2021

| Client: | Name and Address: |
|---|---|
| PHH Mortgage Corporation<br>One Mortgage Way<br>Mount Laurel, NJ, 08054 | Gahring, Robert and Barbara<br>466 Unionville Rd<br>Butler, PA, 16001 |

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
|  |  | FHA |  | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Filing Expense Bk - filing expense<br>Service Date: 02/05/2021 | Bankruptcy MFR<br>BORROWER RECOVERABLE | 188.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103

brockandscott.com

**Balance Due:** **188.00**